UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,                                      No. 2:16-cv-02489-MCE-EFB

            Plaintiff,

    v.                                              **NON-RELATED CASE ORDER**

STARBUCKS CORPORATION,                              2:16-cv-02792-TLN-KJN
                                                    2:17-cv-01718-KJM-KJN
            Defendant.                     2:16-cv-02797-WBS-AC
                                                    2:16-cv-02820-MCE-GGH
                                                    2:17-cv-01125-TLN-EFB
                                                    2:17-cv-01718-KJM-KJN
                                                    2:17-cv-02082-TLN-EFB
                                                    2:17-cv-02521-MCE-CKD
                                                    2:18-cv-00395-JAM-EFB
                                                    2:18-cv-00599-JAM-KJN
                                                    2:18-cv-01885-MCE-AC
                                                    2:18-cv-01886-WBS-EFB
                                                    2:18-cv-02436-KJM-CKD

_____/

      The Court has received the Notices of Related Cases filed on September 19, 2018, and September 24, 2018.  <u>See</u> Local Rule 123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1      This order is issued for informational purposes only, and shall have no effect on the status of the

2 cases, including any previous Related (or Non-Related) Case Order of this Court.

3      IT IS SO ORDERED.

4 DATED: October 15, 2018

5

6

7                MORRISON C. ENGLAND, JR.
               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28