1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11                              ----oo0oo----

12   SCOTT JOHNSON,                    NO. 2:18-CV-01886 WBS EFB

13             Plaintiff,             ORDER REFERRING CASE TO VDRP AND
                                      STAYING PROCEEDINGS
14        v.

15   STARBUCKS CORPORATION, a
     Washington Corporation; and
16   Does 1-10,

17             Defendants.

18                              ----oo0oo----

19             The court has determined that this case is appropriate

20   for an early settlement conference and will refer the action to

21   the court's Voluntary Dispute Resolution Program ("VDRP").

22             IT IS THEREFORE ORDERED that:

23             1.    Within fourteen (14) days of this Order, the

24   parties shall contact the court's VDRP administrator, Sujean

25   Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the

26   process of selecting an appropriate neutral.  The parties shall

27   carefully review and comply with Local Rule 271, which outlines

28                                    1

the specifications and requirements of the VDRP.

2.   Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this Order.  Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

3.   To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed to provide the parties time to complete the VDRP session.  No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

4.   The parties shall complete the VDRP session no later than March 1, 2019.  The court hereby resets the Status (Pretrial Scheduling) Conference for April 1, 2019.  If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than March 18, 2019.

IT IS SO ORDERED.

Dated:  January 4, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE