UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:18-CV-01886-WBS-EFB |
| Plaintiff, | **ORDER ON REQUEST TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| **Starbucks Corporation**, a Washington Corporation; and Does 1-10, | |
| Defendants. | |

Having read the request to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to **June 24, 2019** and the Scheduling Conference, be continued to **July 8, 2019 at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  April 17, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-